UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jennifer Ann Edgarton,　　　　　　　　　　　　Case No. 16–cv–2544 (PJS/SER)

　　　　Plaintiff,

v.

Nancy A. Berryhill,
Acting Commissioner of Social Security,　　　　　　**ORDER**

　　　　Defendant.

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff Jennifer Ann Edgarton's Motion for Summary Judgment [Doc No. 11] is **DENIED**.

2. The Acting Commissioner of Social Security's Motion for Summary Judgment [Doc. No. 13] is **GRANTED**; and

3. This case is **DISMISSED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 4, 2017

　　　　　　　　　　　　　　　　　　　　　　　s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge